IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10840
Summary Calendar
_____

JOHN E. SCOTT,

                                        Plaintiff-Appellant,

versus

TERRANCE A KING; TWELVE UNKNOWN DALLAS
POLICE OFFICERS; THE CITY OF DALLAS,

                                        Defendants-Appellees.

----------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-3062-R
----------------------

March 17, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     John E. Scott, Texas prisoner # 756455, seeks to proceed in
forma pauperis (IFP) on appeal following the district court's
denial of his IFP motion for an appeal of the dismissal of his
civil rights complaint.  Scott fails to challenge the reasons for
the district court's denial of the IFP motion, and he fails to
show that his appeal has arguable merit and would be taken in

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

good faith.  See Brinkman v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987); Jackson v. Dallas Police Dep't, 811 F.2d 260, 261 (5th Cir. 1986); 28 U.S.C. § 1915(a)(3). His motion to proceed IFP on appeal is DENIED, and his appeal is DISMISSED.  See 5TH CIR. R. 42.2.